Opinion issued June 24, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00386-CR

———————————

GARY ALAN HAGLER, Appellant

V.

The State of
Texas, Appellee



 



 

On Appeal from the 338th District Court 

Harris County, Texas



Trial Court Case No. 1258065



 

MEMORANDUM OPINION

          Appellant,
Gary Alan Hagler, has filed a motion to dismiss the above-referenced
appeal.  The motion complies with the
Texas Rules of Appellate Procedure.  See Tex. R. App. P. 42.2(a).

            We have not yet issued a decision. 
Accordingly, the motion is granted and the appeal is dismissed.

          The Clerk of this Court is directed to
issue the mandate within 10 days.

PER CURIAM

Panel
consists of Justices Keyes, Hanks, and Higley.

Do
not publish.   Tex. R. App. P. 47.2(b).